IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| Justan Fleming, et al.,    ) | |
| )
| Plaintiffs,    ) | |
| )
| v.    ) | 6:22-cv-00285-LSC |
| )
| 3M Company, et al.,    ) | |
| )
| Defendants.    ) | |

### Order

This Court acknowledges receipt of the Joint Pro Tanto Stipulation of Dismissal (doc. 42) of Defendants City of Guin and Phillip Segraves (in both his official and individual capacities). Accordingly, all claims against Defendants City of Guin and Segraves are DISMISSED WITH PREJUDICE. The affected parties shall bear their respective costs. Plaintiffs' claims against all other Defendants remain pending. Because Defendants City of Guin and Segraves have been dismissed from this action, their Motion to Dismiss (doc. 41) is TERMINATED AS MOOT.

**DONE** and **ORDERED** on September 23, 2022.

_____
L. Scott Coogler
United States District Judge

211211